UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOTEL RIO VISTA INC., <br><br> Plaintiff, <br><br> vs. <br><br> TYCO SIMPLEXGRINNELL, et al., <br><br> Defendants. | NO. C17-157RSL <br><br> ORDER TO SHOW CAUSE |

The above captioned case was removed from King County Superior Court in the State of Washington and assigned to Judge Robert S. Lasnik. On February 7, 2017, the Deputy Clerk of this district sent a notice via e-mail that counsel, for plaintiff, Richard C. Pearce, is not admitted to practice in the U.S. District Court, Western District of Washington and that counsel must file an Attorney Admission Petition form and register for ECF in order to be added to the docket as an attorney of record and receive notice of case filings. To date neither plaintiff nor plaintiff's counsel has responded.

Local Civil Rule 83.2(b)(4) states, "A business entity, except a sole proprietorship, must be represented by counsel." Otherwise, a lawsuit by an unrepresented corporation may be dismissed for failure to prosecute. Plaintiff is ORDERED TO SHOW

ORDER TO SHOW CAUSE-1

CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 83.2(b)(4). If plaintiff's counsel has not filed an Attorney Admission Petition or has not associated new counsel and/or shown adequate cause by 4:30 pm on Thursday, May 25, 2017, this matter will be dismissed. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, May 26, 2017.

DATED this 2nd day of May, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE-2