UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOTEL RIO VISTA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TYCO SIMPLEXGRINNELL, SIMPLEXGRINNELL LP, CORPORATE DOES 1-3 and DOES 1-3, <br><br> Defendants. | No. C17-157RSL <br><br> ORDER OF DISMISSAL |

On February 7, 2017, the Deputy Clerk of this district notified plaintiff that plaintiff's counsel, Richard C. Pearce, is not admitted to practice in this court and directed counsel to file an Attorney Admission Petition form and to register for ECF. By May 2, 2017, neither plaintiff nor plaintiff's counsel had responded, and the Court ordered plaintiff to show cause why this case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 83.2(b)(4). Dkt. # 9. Plaintiff was advised that failure to file an Attorney Admission Petition or associate new counsel, or to otherwise show adequate cause, might result in dismissal of this case. Plaintiff has done none of the above. This matter is therefore dismissed without prejudice.

DATED this 31st day of May, 2017.

_____
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1